

NUMBER 13-08-00421-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE BILLY HOLMES A/K/A BILLY RICHARDS

On Petition for Writ of Mandamus

MEMORANDUM OPINION

Before Justices Rodriguez, Garza, and Vela
Per Curiam Memorandum Opinion[1]

Relator, Billy Holmes a/k/a Billy Richards, pro se, filed a petition for writ of mandamus in the above cause on July 2, 2008. Relator requests this Court to issue a writ of mandamus ordering Anna Marie Silvas, the District Clerk of Bee County, to file and process his pleadings.

We conclude this Court does not have jurisdiction to grant the requested relief. This

---

[1] See TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

court does not have mandamus jurisdiction over district clerks unless it is shown that issuance of the writ is necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (Vernon 2004); *In re Simpson*, 997 S.W.2d 939 (Tex. App.–Waco 1999, orig. proceeding); *In re Strickhausen*, 994 S.W.2d 936 (Tex. App.–Houston [1st Dist.] 1999, orig. proceeding); *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.–San Antonio 1998, orig. proceeding); *see also In re Hayes*, No. 13-05-454-CV, 2005 Tex. App. LEXIS 5706, *2 (Tex. App.–Corpus Christi 2005, orig. proceeding).

When a district clerk refuses to accept a pleading presented for filing, the party presenting the document can seek relief by filing an application for writ of mandamus in the district court, or attempting to file the pleading directly with a district judge, explaining in a verified motion that the clerk refused to accept the pleading for filing. *See In re Bernard*, 993 S.W.2d 453, 454-544 (Tex. App.–Houston [1st Dist.] 1999, orig. proceeding) (O'Connor, J., concurring).

Relator has neither alleged nor shown that issuance of the writ is necessary to enforce our jurisdiction. Accordingly, the petition for writ of mandamus is hereby DISMISSED for want of jurisdiction. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and filed
this the 15th day of July, 2008.

2